◎ AO 245A  (Rev. 12/03) Judgment of Acquittal

# UNITED STATES DISTRICT COURT

| EASTERN | DISTRICT OF | ARKANSAS |

UNITED STATES OF AMERICA

V.

ANTHONY WAMON TAYLOR

**JUDGMENT OF ACQUITTAL**

CASE NUMBER:   4:07cr00141-02 JMM

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

JAN 16 2008

JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

Following a trial before a jury, the Defendant was found not guilty of Count 1.
IT IS ORDERED that the Defendant is acquitted, discharged, and any bond exonerated.

_____
Signature of Judge

James M. Moody, United States District Judge
Name and Title of Judge

January 16, 2008
Date